# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SEVILLE FLEXPACK CORP. | § | |
| | § | |
| vs. | § | CASE NO. 2:10-CV-281-TJW-CE |
| | § | |
| ANIMAL SCIENCE PRODUCTS, INC. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 42) has been presented for consideration. The report recommends that the court deny Defendant's motion to dismiss. No objections to the Magistrate Judge's report were filed.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendant's motion to dismiss is DENIED.

SIGNED this 23rd day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE